Kenneth Lee GRILL, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 23267.

United States Court of Appeals
Fifth Circuit.

July 8, 1966.

Edward F. Boardman, U. S. Atty.,
Tampa, Fla., for appellee.

Before TUTTLE, Chief Judge, and
BROWN and COLEMAN, Circuit
Judges.

PER CURIAM:

Appellant moved to vacate sentences
under 28 U.S.C.A. § 2255. On a total of
seven counts charging fraud by mail, Appellant pleaded guilty to each and was
sentenced thereunder. By his § 2255 motion he alleges that he was mentally incompetent at the time of his guilty plea.

The District Court denied relief noting
that in June 1964 Appellant was found
mentally competent to stand trial in a
judicial proceeding under 18 U.S.C.A. §
4244, and that Appellant's subsequent
plea of guilty was freely and voluntarily
made. The petition made no factual
showing that Appellant's mental condition had changed between the date of the
judicial hearing and the filing of the
present motion. The record fully supports the District Court's action, and, accordingly it is affirmed.